# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nancy Fourre

        Plaintiff,

v.                                                        Case No.: 3:21−cv−00722

RevSpring, Inc.

        Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/15/2021 re [11].

                                                                                                 Lynda M. Hill
                                                                                 s/ Kim Chastain, Deputy Clerk